## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID ROBERT ROTH** | : **CIVIL ACTION** |
| | : |
| **v.** | : **NO. 18-5010** |
| | : |
| **PRIMECARE,** *et al* | : |

## ORDER

**AND NOW**, this 27th day of June 2019, upon considering the Motion to dismiss from Defendants PrimeCare Medical, Inc., Maureen Sestito, D.O., Judy McIlhone, RN, Mitzi Montz, RN, Jesse Kirsch, PA-C, and Samantha Kline, RN (ECF Doc. No. 23), absent a timely response, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 23) is **GRANTED without prejudice** for the *pro se* Plaintiff to file an amended Complaint no later than **July 29, 2019** consistent with the accompanying Memorandum and Fed. R. Civ. P. 11.

_____
**KEARNEY, J.**